UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D-1　XU BAI,<br>D-2　FENGFAN ZHANG,<br>D-3　ZHIYONG ZHANG,<br><br>　　　　Defendants.<br>_____/ | Case: 2:25−cr−20914<br>Assigned To : Parker, Linda V.<br>Referral Judge: Grand, David R.<br>Assign. Date : 12/16/2025<br>Description: INFO USA V. BAI ET AL (AB)<br><br>Violations:　18 U.S.C. §§ 371, 545<br><br>　　　　　　　18 U.S.C. § 1001 |

# INFORMATION

The United States Attorney charges:

### COUNT ONE

**Conspiracy to Smuggle Goods into the United States**
**(18 U.S.C. §§ 371 and 545)**

**D-1　XU BAI**
**D-2　FENGFAN ZHANG**

　　From at least July 2024, and continuing thereafter until on or about October 16, 2025, in the Eastern District of Michigan, Southern Division, and elsewhere, defendants XU BAI and FENGFAN ZHANG, did knowingly and willfully conspire and agree together and with each other, and with persons both known and unknown, to commit an offense against the United States, namely smuggling, in

violation of Title 18, United States Code, Section 545, and in furtherance of the conspiracy, and for the purpose of effecting its unlawful objectives, defendants XU BAI and FENGFAN ZHANG and other coconspirators, committed overt acts in the Eastern District of Michigan, Southern Division, and elsewhere, including, but not limited to the following:

(1) On or about July 3, 2024, FENGFAN ZHANG, also known as Dylan Zhang, received a package sent from the People's Republic of China (PRC) and manifested as a "glass sheet" at his address on XXXX Island Drive Court, Apartment XXX, Ann Arbor, Michigan. The package was sent by C.H, who is a PRC national.

(2) On or about August 30, 2024, FENGFAN ZHANG, also known as Dylan Zhang, received a package sent from the PRC by C.H. and manifested as "doc" at his address on XXXX Island Drive Court, Apartment XXX, Ann Arbor, Michigan.

(3) On or about September 24, 2024, a package was sent from the PRC by C.H. to FENGFAN ZHANG, also known as Dylan Zhang, and manifested as a "doc," containing "PRK 5" plasmids at his address on XXXX Island Drive Court, Apartment XXX, Ann Arbor, Michigan.

(4) On or about September 29, 2024, a package was sent from the PRC by C.H. to FENGFAN ZHANG, also known as Dylan Zhang, and manifested as "plastic plates," containing eight petri dishes containing C. elegans with genetic modifications at his address on XXXX Island Drive Court, Apartment XXX, Ann Arbor, Michigan.

(5) On or about October 7, 2024, a package was sent from the PRC by C.H. to FENGFAN ZHANG, also known as Dylan Zhang, and manifested as a "doc," containing "HA Cluk1 Rat" plasmids at his address on XXXX Island Drive Court, Apartment XXX, Ann Arbor, Michigan.

(7) On or about March 5, 2025, a package was sent from the PRC by C.H. to XU BAI, and manifested as a "doc," containing a book with an envelope containing 28 plasmids, including 4 that were related to C. elegans, at his address on XXXX Island Drive Court, Apartment XXX, Ann Arbor, Michigan.

(8) On or around March 31, 2025, in the Eastern District of Michigan, after receiving a telephone call from a Customs and Border Protection agent regarding the interception of a package sent from the PRC by C.H. to XU BAI, XU BAI contacted C.H.

(9) On or about April 4, 2025, in the Eastern District of Michigan, XU BAI received a package sent from the PRC by C.H. and manifested as a "doc," at

3

Zhiyong Zhang's address at XXXX Maiden Lane Court, Apartment XXX, Ann Arbor, Michigan.

(10) On approximately June 8, 2025, C.H. flew from the PRC to the Detroit Metropolitan Airport. FENGFAN ZHANG and Zhiyong Zhang drove to Detroit Metropolitan Airport to pick up C.H.

(11) On June 8, 2025, when asked by federal agents whether he received or expected to receive a package with petri dishes, or whether he expected to receive packages from C.H., FENGFAN ZHANG claimed he did not receive any packages, nor did he expect to receive any packages from C.H.

(12) On September 3, 2025, XU BAI, FENGFAN ZHANG, and Zhiyong Zhang, refused to attend a mandatory meeting or cooperate with representatives of the University of Michigan to answer questions in an investigation regarding Shawn Xu laboratory.

All of which constitutes a violation of Title 18, United States Code, Sections 371 and 545.

## COUNT TWO

## False Statements
## (18 U.S.C. § 1001)

**D-3     ZHIYONG ZHANG**

On or about October 16, 2025, in the Eastern District of New York, in a matter within the jurisdiction of the Department of Homeland Security, an agency of the executive branch of the United States government, the defendant ZHIYONG ZHANG, knowingly and willfully made materially false statements to agents of the Department of Homeland Security, Customs and Border Protection, in that the defendant ZHIYONG ZHANG stated that he never met or worked with C.H. and that he knew C.H. only from the news. When in fact, on June 8, 2025, in the Eastern District of Michigan, defendant ZHIYONG ZHANG, told agents of the Federal Bureau of Investigation and Department of Homeland Security that he was a friend of C.H., that they worked together, and that he was at the Detroit Metropolitan Airport to pick C.H. up from her flight into the United States from the PRC. And in fact, the defendant, ZHIYONG ZHANG and C.H. knew each other from Huazhong University of Science and Technology (HUST) in the PRC where they studied biology, conducted research on C. elegans under the same advisor J.L., and published studies with J.L. focused on C. elegans.

5

All of which constitutes a violation of Title 18, United States Code, Section 1001(a)(2).

JEROME F. GORGON JR.
United States Attorney

*/s/ Saima S. Mohsin*
SAIMA S. MOHSIN
First Assistant U.S. Attorney

*/s/ Sean King*
SEAN KING
Assistant United States Attorney

Dated: December 16, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 2:25−cr−20914 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials:  SSM |

**Case Title:** USA v. Xu Bai, et al.

**County where offense occurred:** Washtenaw and elsewhere

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30680 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 16, 2025
Date

s/ *Saima S. Mohsin*
Saima S. Mohsin
First Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9163
E-Mail address: saima.mohsin@usdoj.gov
Attorney Bar #: P73990

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.